# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2690 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 225 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 90834 |
| | : | |
| ADAM LUKE BRENT, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Adam Luke Brent is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).